IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　Plaintiff,<br><br>　　　v.<br><br>$8,500.00 in United States Currency;<br>Yamaha Jet Ski VX10 Wave Runner,<br>　VA 9442BF;<br>Black Jet Ski Trailer, VA 4234ZC; and<br>Blue & White Yamaha Dirt Bike, YZ125,<br>　　　Defendants. | Civil Action No. 1:08cv1103 |

FILED
MAY - 5 2009
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## JUDGMENT ORDER

Upon consideration of the April 17, 2009 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and based upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the April 17, 2009 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against the four named defendants.

The Clerk is **DIRECTED** to enter judgment pursuant to Rule 58, Fed. R. Civ. P. and to place this matter among the ended cases.

The Clerk is further **DIRECTED** to send a certified copy of this Judgment Order to all counsel of record.

Alexandria, VA
May 5, 2009

T. S. Ellis, III
United States District Judge